No. 05–7056.  MORAN *v.* CLARK, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–7064.  GRACIELA A. *v.* JAMES H.  Sup. Ct. Wis.  Certiorari denied.

No. 05–7065.  BONE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–7070.  MARSHALL *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 05–7072.  THOMAS *v.* MINNEAPOLIS PUBLIC SCHOOLS ET AL.  Ct. App. Minn.  Certiorari denied.

No. 05–7074.  CUESTA *v.* BERTRAND ET AL.  C. A. 7th Cir. Certiorari denied.

No. 05–7079.  FASANO *v.* CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 05–7085.  MIRANDA *v.* FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 05–7089.  TRUITTE *v.* RENICO, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 05–7093.  TEIXEIRA *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–7096.  HILL *v.* NEILL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–7108.  MALDONADO *v.* WILSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 05–7112.  MURRAY *v.* SCOTT.  C. A. 1st Cir.  Certiorari denied.

No. 05–7124.  TUCKER *v.* BALLENBACH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 05–7129.  RUVALCABA *v.* CHANDLER, WARDEN.  C. A. 7th Cir.  Certiorari denied.